A. F. REES ET AL. v. THE STATE.

Nos. 12175, 12176, 12177, 12178.   Delivered January 23, 1929.
Rehearing denied February 27, 1929.

The opinion states the case.

*Tarleton & Lowe* of Corpus Christi, for appellants.

*A. A. Dawson* of Canton, State's Attorney, for the State.

CHRISTIAN, JUDGE.—This is an appeal from a final judgment upon forfeiture of an appearance bond.

The record fails to show that any briefs were filed by appellants in the trial court. We fail to find a waiver by the state of such filing. Moreover, no brief is on file in this court. It is the uniform holding of this court that in cases such as this briefs must be filed in the trial court and in this court in compliance with the law and rules governing civil cases, or a waiver of such filing must appear of record. Article 2283, Revised Civil Statutes 1925; Article 856 C. C. P.; Lewis et al. v. State, 7 S. W. (2d) 74; Bratton et al. v. State, 4 S. W. (2d) 562.

The appeal is dismissed.

*Dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### ON MOTION FOR REHEARING.

MORROW, PRESIDING JUDGE.—Upon the authorities cited in the opinion on motion for rehearing in A. F. Rees, et al., v. State, No. 12,175, this day decided, the motion for rehearing in the present case is overruled.

*Overruled.*